UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
ROGER HERNANDEZ AND                          Case No. 11-23152-AJC
MERCEDES CORCHO
   Debtors
_____/              Chapter 13

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 20TH day of July 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Beneficial Mutual Bancorp, Inc.
c/o Gerard Cuddy, President
510 Walnut St., 19th Fl.
Philadelphia, PA 19106

Beneficial Florida, Inc.
CT Corporation System, R.A.
1200 S. Pine Island Road
Plantation, FL 33324

Beneficial Florida, Inc.
HSBC Finance Corporation
c/o Niall Booker, CEO
26525 N Riverwoods Blvd
Mettawa, IL 60045

Bank of America, N.A.
P.O. Box 26012
Greensboro, NC 27410

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Bank of America Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Bank of America Corporation
Brian T. Moynihan, CEO
401 N Tryon ST, NC1-021-02-20
Charlotte, NC 28255