UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Roger Hernandez                    Case No. 11-23152-AJC
        and
    Mercedes Corcho
        Debtors.                 Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 13, 2011 the instant case was filed.

2. On November 15, 2011 debtors' Chapter 13 plan was confirmed.

3. Debtor's first mortgage lender, HSBC, filed a Motion to Approve Loan Modification which was granted on February 22, 2013 (ECF#78).

4. The Order granting debtor's home modification conditions the modification approval on debtor's modifying their Chapter 13 Plan to cure post-petition arrearages in the amount of $8,996.20.

5. Debtor's proposed First Modified plan provides for payment to HSBC in the amount of $8,996.20.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 8th day of March, 2013: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161