**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
First Modified Plan

DEBTOR: Roger Hernandez     CO-DEBTOR:   Mercedes Corcho     CASE NO.: 11-23152-AJC
Last Four Digits of SS# xxx-xx-4637     Last Four Digits of SS#   xxx-xx-4631

☐ This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of   60   months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

      A.    $  152.75       for months     1   to    21    ;

      B.    $   406.31       for months     22  to  60   ; in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,500.00    TOTAL PAID $ 1500.00
                        Balance Due      $ 2,000.00    payable $ 95.24    month (Months    1    to  21  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1.  HSBC                          Arrearage on Petition Date $ 8,996.20
Address PO Box 9068         Payment $ 230.68 /month  (Months  22    to   60   )
       Brandon, FL 33510

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan No. xxxxx6507 Prop add: 5590 W 7th Ct Hialeah, FL 33012 | Homestead Property $189,132.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1.  n/a                          Total Due $_____
                                 Payable $_____/month (Months ____ to __)

Unsecured Creditors: Pay $ 39.75  month (Months   1    to   21   ). Pay $135.00 mo (Mos 22 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtors are paying Beneficial Finance (Loan#xxxxxxx2432) and Nissan Motor Acceptance (Loan#xxxxxx3400) directly outside the plan. The debtor surrender all interest in the timeshare with Tempus Palms Int'l and the collateral with The Independent Savings Plan Co. This modified plan begins in month 22, March, 2013.

    /s/Robert Sanchez, Esq.         /s/Robert Sanchez, Esq.
Debtor                                  Joint Debtor
Date:  3/8/2013                    Date:  3/8/2013